**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**KIMBERLY PRICE,**

    **Plaintiff,**

**v.**                                             **Case No. 8:08-cv-215-T-30MSS**

**INTERCONNECT CABLE
TECHNOLOGIES CORPORATION and
VANESSA CLARY,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Notice of Filing Rule 68 Offer and Acceptance of Judgment (Dkt. #12). The Court, having considered the notice, attachments, and being otherwise advised in the premises, concludes that judgment should be entered in Plaintiff's favor.

It is therefore ORDERED AND ADJUDGED that:

1. The Clerk is directed to enter **JUDGMENT** in the amount of **$5,000.00** in favor of Plaintiff and against Defendant Interconnect Cable Technologies Corporation.

2. The Clerk is also directed to enter **JUDGMENT** in the amount of **$500.00** in favor of Plaintiff and against Defendant Vanessa Clary.

   3.  The Clerk is further directed to **CLOSE** this case and terminate any pending motions.

  **DONE** and **ORDERED** in Tampa, Florida on July 30, 2008.

                  */s/ James S. Moody, Jr.*
                  JAMES S. MOODY, JR.
                  UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2008\08-cv-215.jud 12.wpd